# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

THADDEUS L. JARVIS                                                                              PLAINTIFF

V.                                                                   CAUSE NO. 3:17-CV-210-CWR-LRA

WARDEN BRIAN WATSON, ET AL.                                                            DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on December 12, 2018. Docket No. 63. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72. *Id*.; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the motion for summary judgment filed by Kimyuana Jackson and Dr. Mohammed Zein, Docket No. 41, is granted.

**SO ORDERED**, this the 15th day of January, 2019.

                                            s/ Carlton W. Reeves
                                            UNITED STATES DISTRICT JUDGE