# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**THADDEUS L. JARVIS**                                                       **PLAINTIFF**

**V.**                                                                 **CAUSE NO. 3:17-CV-210-CWR-LRA**

**WARDEN BRIAN WATSON, ET AL.**                                  **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 9, 2019. Docket No. 80. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72. *Id*.; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the motions docketed at [47], [50], and [56] are denied.

**SO ORDERED**, this the 30th day of July, 2019.

                                                                    s/ Carlton W. Reeves
                                                                    UNITED STATES DISTRICT JUDGE